UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YUSUF S. JONES                                                      CIVIL ACTION

VERSUS                                                              NO. 06-10941

PFIZER, INC.                                                        SECTION: "C" (3)

ORDER AND REASONS

This matter is before the Court on a motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), filed by defendant Pfizer, Inc ("Pfizer").  Rec. Doc. 19. Plaintiff has filed no opposition to the motion.  The Court granted the second motion of plaintiff's then-counsel, James Arruebarrena, to withdraw on July 18, 2007, after having denied a similar order.  Rec. Doc. 17.  Mr. Arruebarrena indicated that the plaintiff had dissolved the attorney-client relationship as of July 3, 2007, that he had been unable to contact the plaintiff since that time, that plaintiff had been advised to secure other counsel, and that plaintiff had received the case management order along with an explanation of the deadlines in the case.  Rec. Doc. 16.  The Court also ordered that the plaintiff must either enroll new counsel or indicate that he intends to proceed *pro se* within 30 days.   When plaintiff failed to respond to that order, the Court then ordered, on August 20, 2007, that the plaintiff must either enroll new counsel or indicate that he intends to proceed *pro se* within 45 days.  Rec. Doc. 18.  The plaintiff has not

1

responded to either order as of today.

Further, according to the defendant, plaintiff has failed to respond to Pfizer's July 26, 2007 notice to take his deposition, or show up to the properly noticed deposition. Pfizer again served plaintiff with a notice to take his deposition on September 7, 2007. Plaintiff failed to respond or appear at his deposition. Defendant has indicated that they have had no contact with the defendant in recent months.

Though the defendant requests in its motion that the Court dismiss the lawsuit with prejudice, the Court finds it more appropriate to dismiss the suit without prejudice.

Accordingly,

IT IS ORDERED that motion of defendant to dismiss for failure to prosecute pursuant to FED.R.CIV.P. 41(b) is GRANTED IN PART and DENIED IN PART, and the action be and is hereby DISMISSED without costs and without prejudice.

New Orleans, Louisiana, this 4th day of December, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE